B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Osage Environmental, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**74-2798238** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**135 FM 534**<br>**Sandia, TX**<br>ZIP Code **78383** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Live Oak** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 899**<br>**Orange Grove, TX**<br>ZIP Code **78372-0899** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **2120 FM 534, Sandia TX  78383 (Jim Wells County)**<br>**2407 E. Murphy St., Odessa, TX  78761 (Ector County)**<br>**4617 FM** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                                                  **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Osage Environmental, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                                Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Osage Environmental, Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Patricia B. Tomasco**
Signature of Attorney for Debtor(s)

**Patricia B. Tomasco 01797600**
Printed Name of Attorney for Debtor(s)

**Jackson Walker L.L.P.**
Firm Name
**100 Congress Ave., Suite 1100**
**Austin, TX 78701**

_____
Address

**Email: ptomasco@jw.com**
**(512) 236-2076  Fax: (512) 691-4438**
Telephone Number

**September 19, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ John P. Rozypal**
Signature of Authorized Individual
**John P. Rozypal**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**September 19, 2013**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## CERTIFICATE OF CORPORATE RESOLUTION
## OF OSAGE ENVIRONMENTAL, INC.

I, Pat Rozypal, Chairman of the Board of Directors of Osage Environmental, Inc. ("Osage" or "the Company"), do hereby certify that I am a duly elected Chairman of Osage, and I am familiar with the facts herein certified, and am duly authorized to certify the same.

The Board of Directors has adopted the following resolutions, and such resolutions have not been amended or rescinded and are now in full force and effect:

**RESOLVED** that the filing of a Chapter 11 Petition on behalf of the Company is hereby authorized and directed, and it is further directed that the officers of the Company be, and each of them hereby is, authorized to execute any and all documents necessary to effect the filing of said Chapter 11 proceeding;

**RESOLVED** that in connection with the Board of Directors exercise its authority in commencing such a Chapter 11 case under the Bankruptcy Code, they are, and each of them hereby is authorized and directed to:  (a) execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; (b) appear in all bankruptcy proceedings on behalf of the Company, and otherwise do and perform all acts and deeds, and execute and deliver all necessary documents on behalf of the Company in connection with such a Chapter 11 bankruptcy case; (c) employ the firm of Jackson Walker L.L.P., 100 Congress Avenue, Suite 1100, Austin, Texas 78701, to prepare and file a Petition pursuant to Chapter 11 of the Bankruptcy Code, to represent the Company as counsel in such bankruptcy case and in related matters pertaining to the Company's actions as the Debtor in Possession therein, and in connection therewith, to remit to Jackson Walker L.L.P. a retainer in the amounts specified pursuant to the terms of that certain letter agreement defining the scope of Jackson Walker L.L.P.'s engagement into which the Company and Jackson Walker L.L.P. have previously entered; and (d) to take all such other steps as are reasonably necessary, in light of attendant circumstances, to accomplish the expeditious commencement of such a Chapter 11 case;

**RESOLVED** that the execution by the Chairman of any document authorized by these resolutions, or any document executed in the accomplishment of any action or actions so authorized, shall become upon delivery the enforceable and binding act and obligation of the Company, without the necessity of the signature or attestation of any other Director or the affixing of the corporate seal;

**RESOLVED** that all acts, transactions or agreements undertaken prior to the adoption of these resolutions by any of the Directors or representatives of the Company in its name and on its behalf, in connection with the foregoing matters, are ratified, confirmed and adopted by the Company; and

**RESOLVED** that the duly elected and qualified President is hereby authorized and directed to certify to, *inter alia*, the United States Bankruptcy Court and any of the matters set forth in these resolutions.

**DATED** this  19th  day of September, 2013.

**Osage Environmental, Inc.,**

By: _____

Pat Rozypal, President and Director

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Osage Environmental, Inc.**                                  Case No.
                                           Debtor(s)                Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **WASTE FACILITIES, INC.**<br>**205 S ALMA DR.**<br>**ALLEN, TX 75013** | **WASTE FACILITIES, INC.**<br>**205 S ALMA DR.**<br>**ALLEN, TX 75013**<br>**(866) 348-3966** | **Trade debt** | | **356,766.00** |
| **KING TEAM FABRICATION**<br>**932 CR 224**<br>**FLORESVILLE, TX**<br>**78114-5123** | **KING TEAM FABRICATION**<br>**932 CR 224**<br>**FLORESVILLE, TX 78114-5123**<br>**(210) 422-2306** | **Trade debt** | | **211,745.00** |
| **SOB TRANSPORTATION**<br>**6690 HWY. 71**<br>**GARWOOD, TX 77442** | **SOB TRANSPORTATION**<br>**6690 HWY. 71**<br>**GARWOOD, TX 77442**<br>**(832) 515-9345** | **Trade debt** | | **171,129.41** |
| **ACME TRUCK LINE, INC.**<br>**P.O. BOX 415000**<br>**NASHVILLE, TN 37241-5000** | **ACME TRUCK LINE, INC.**<br>**P.O. BOX 415000**<br>**NASHVILLE, TN 37241-5000**<br>**(800) 825-6246** | **Trade debt** | | **140,662.70** |
| **TRINITY ENVIRONMENTAL**<br>**SERVICES, L.P.**<br>**13453 HWY. 71 W**<br>**BEE CAVE, TX 78738** | **Lori**<br>**TRINITY ENVIRONMENTAL**<br>**SERVICES, L.P.**<br>**13453 HWY. 71 W**<br>**BEE CAVE, TX 78738**<br>**(936) 776-3112** | **Trade debt** | | **107,299.86** |
| **LAGUNA TANKS, LLC**<br>**9 FALLING LEAF LANE**<br>**HOUSTON, TX 77024** | **LAGUNA TANKS, LLC**<br>**9 FALLING LEAF LANE**<br>**HOUSTON, TX 77024**<br>**(713) 501-9880** | **Trade debt** | | **99,590.00** |
| **TESSMAN ROAD**<br>**LANDFILL/BFI**<br>**P.O. BOX 841816**<br>**DALLAS, TX 75284-1816** | **TESSMAN ROAD LANDFILL**<br>**P.O. BOX 841816**<br>**BFI CENTRAL TEXAS LANDFILLS**<br>**DALLAS, TX 75284-1816**<br>**(210) 661-4104** | **Trade debt** | | **96,766.40** |
| **NORTHAMERICAN**<br>**ENVIRONMENTAL**<br>**SERVICES, I**<br>**P.O. BOX 26521**<br>**AUSTIN, TX 78755-0410** | **NORTHAMERICAN ENVIRONMENTAL**<br>**SERVICES, I**<br>**P.O. BOX 26521**<br>**AUSTIN, TX 78755-0410**<br>**(512) 264-2828** | **Trade debt** | | **91,975.88** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Osage Environmental, Inc.**                                    Case No.  _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| HOLT CATERPILLAR<br>P.O. BOX 911975<br>DALLAS, TX 75391-1975 | Tracie<br>HOLT CAT<br>P.O. BOX 911975<br>DALLAS, TX 75391-1975<br>(512) 292-5030 | Trade debt | | 87,088.96 |
| MP OILFIELD SERVICES<br>532 W. BLUCHER ST.<br>FALFURIAS, TX 78355 | MP OILFIELD SERVICES<br>532 W. BLUCHER ST.<br>FALFURIAS, TX 78355<br>(361) 325-4195 | Trade debt | | 78,517.50 |
| LEE BLAKE ENERGY<br>4156 CR 3767<br>PORTLAND, TX 78374 | LEE BLAKE ENERGY<br>4156 CR 3767<br>PORTLAND, TX 78374 | Trade debt | | 71,461.50 |
| TERVITA, LLC<br>P.O. BOX 840730<br>DALLAS, TX 75284-0730 | TERVITA, LLC<br>P.O. BOX 840730<br>DALLAS, TX 75284-0730<br>(903) 234-2179 | Trade debt | | 56,560.00 |
| GCC CONSULTING<br>9 FALLING LEAF<br>HOUSTON, TX 77024 | GCC CONSULTING<br>9 FALLING LEAF<br>HOUSTON, TX 77024 | Trade debt | | 43,744.16 |
| MGG CONSULTING &<br>SERVICES, LLC<br>9 FALLING LEAF LANE<br>HOUSTON, TX 77024 | MGG CONSULTING & SERVICES, LLC<br>9 FALLING LEAF LANE<br>HOUSTON, TX 77024 | Trade debt | | 34,425.00 |
| Z. JAY'S VACUUM TRUCK<br>SERVICES, INC.<br>3980 LAKE CASSIE RD.<br>SOPERTON, GA 30457 | Z. JAY'S VACUUM TRUCK SERVICES, INC.<br>3980 LAKE CASSIE RD.<br>SOPERTON, GA 30457<br>(409)-617-1995 | Trade debt | | 31,689.63 |
| ARTURO M. GARZA<br>P.O. BOX 356<br>COMBES, TX 78535 | ARTURO M. GARZA<br>P.O. BOX 356<br>COMBES, TX 78535<br>(956) 453-2600 | Trade debt | | 30,512.00 |
| JMS MUD SERVICES<br>8320 WEST PALMA VISTA<br>DR.<br>MISSION, TX 78572 | JMS MUD SERVICES<br>8320 WEST PALMA VISTA DR.<br>MISSION, TX 78572<br>(956) 432-7534 | Trade debt | | 29,536.50 |
| JIM ELZNER HOLDINGS,<br>LLC<br>11767 KATY FRWY., STE.<br>510A<br>HOUSTON, TX 77079-1768 | Jim Elzner<br>JIM ELZNER HOLDINGS, LLC<br>11767 KATY FRWY., STE. 510A<br>Houston, TX 77079-1768 | Trade debt | | 28,500.00 |
| INLAND ENVIRONMENTAL &<br>REMEDIATION<br>P.O. BOX 1090<br>COLUMBUS, TX 78934 | INLAND ENVIRONMENTAL & REMEDIATION<br>P.O. BOX 1090<br>COLUMBUS, TX 78934<br>(979) 732-2137 | Trade debt | | 23,663.50 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Osage Environmental, Inc.**                              Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **REGIONAL STEEL PRODUCTS, INC.**<br>**P.O. BOX 3887**<br>**VICTORIA, TX 77903** | **REGIONAL STEEL PRODUCTS, INC.**<br>**P.O. BOX 3887**<br>**VICTORIA, TX 77903**<br>**(361) 578-5277** | **Trade debt** | | **23,165.66** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 19, 2013** _____     Signature    **/s/ John P. Rozypal** _____
                                                                       **John P. Rozypal**
                                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Texas

In re  **Osage Environmental, Inc.**                                          Case No. _____

_____          Chapter    **11**
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, John P. Rozypal, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 19, 2013**                    **/s/John P. Rozypal**
_____          _____
                                          **John P. Rozypal**/**President**
                                          Signer/Title

A&W OFFICE SUPPLY
222 SOUTH STAPLES
CORPUS CHRISTI, TX 78401

AARON B. HILL
1012 EAGLE RUN
MORGANTOWN, WV 26505

AARON J. WATTS
2011 HIDDEN LAKE
CORPUS CHRISTI, TX 78412

AARON MANES
1233 SHIELS DR.
CORPUS CHRISTI, TX 78412

ABEL VASQUEZ
2501 W. NOLANA, APT. #Q2
MC ALLEN, TX 78504

ABILENE RENTAL CENTER, LC
1357 S. TREADAWAY
ABILENE, TX 79602

ACME TRUCK LINE, INC.
P.O. BOX 415000
NASHVILLE, TN 37241-5000

ADAN MOLINA
2610 GOLIAD ST.
CORPUS CHRISTI, TX 78405

ADRIAN L. HERRERA
862 LUCERO
ALICE, TX 78332

ADRIAN SANDOVAL
102 N 10TH ST.
MATHIS, TX 78368

AINSWORTH TRUCKING LP
PO BOX 10386
CORPUS CHRISTI, TX 78460

AIRGAS SOUTHWEST
P.O. BOX 676031
DALLAS, TX 75267-6031

AL DODDS AVIATION
514 HANGAR LN
CORPUS CHRISTI, TX 78406

ALAN W. BURKE
1002 COLLINGSWOOD DR.
CORPUS CHRISTI, TX 78412

ALARM SECURITY & CONTRACTING, INC.
P.O. BOX 1051
ALICE, TX 78333-1051

ALBERTO OZUNA
320 CONCHA ST.
ROCKPORT, TX 78382

ALCARDO E. CANTU
P.O. BOX 871
ORANGE GROVE, TX 78372

ALEJANDRO ARREDONDO
P.O. BOX 219
SANDIA, TX 78383

ALEJANDRO R. RUIZ
4100 WILDCAT DR., APT. 210
PORTLAND, TX 78374

ALICE COUNTRY CLUB
P.O. BOX 1428
ALICE, TX 78333

ALLEN R. McKINNEY
P.O. BOX 144
PINELAND, TX 75968

ALPHONSO STUBBLEFIELD
1617 BARTO
LUFKIN, TX 75904

ANDRES E. GARCIA
3802 CARAVELLE PKWY.
CORPUS CHRISTI, TX 78415

ANDREW J. MONISTERE
44296 BANKSTON RD.
HAMMOND, LA 70403

ANDY D. HARDIN
1008 PENNSYLVANIA
VICTORIA, TX 77904

ANDY J. HETH
3617 CRESTBROOK CT., APT. 5
CORPUS CHRISTI, TX 78415

ANTONIO FLORES JR
272 ORANGE ST.
MATHIS, TX 78368

ARTURO M. GARZA
P.O. BOX 356
COMBES, TX 78535

AT&T
P.O. BOX105414
ATLANTA, GA 30348-5414

AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, TX 60197-6463

BANK OF AMERICA
5370 S STAPLES STREET
CORPUS CHRISTI, TX 78411

BENJAMIN M. MAYHALL
2404 BOCA CHICA
PORTLAND, TX 78374

BENSON D. CLARK
805 E. MAIN
SKIDMORE, TX 78387

BILLY J. SMITH
P.O. BOX 796
ORANGE GROVE, TX 78372

BILLY W. MANGUM
702 CARTER RD.
ZAVALLA, TX 75980

BLAKE R. HAIRSTON
211 CR 3054
ORANGE GROVE, TX 78372

BOBBY A. SWEAT
P.O. BOX 633083
NACOGDOCHES, TX 75963

BRADLEY E. HAWKINS
140 MONTITELLO DR.
MONROVILLE, PA 15146

BRANDON L. RACKLEY
P.O. BOX 132
PRIM, AR 72130

BRANSCOMB PC
802 N. CARANCAHUA, STE. 1900
CORPUS CHRISTI, TX 78401-0036

BRIAN C. DEGNER
53 TERN ST.
ROCKPORT, TX 78382

BRIAN D. BOMARITO
4201 VIOLET RD.  #24
CORPUS CHRISTI, TX 78410

BRUCE W. SUZA
118 APACHE TRAIL
SANDIA, TX 78383

BRYAN QUINTEROS
702 N. AVE. G
LAMESA, TX 79331

BUDDY J. CORBIN
1090 LANG RD., #803
PORTLAND, TX 78374

C.C. BATTERY COMPANY, INC.
P.O. BOX 2823
CORPUS CHRISTI, TX 78403-2823

CAMTRONICS, LLC
P.O. BOX 28
PORT ARANSAS, TX 78373

CARL W. BUCHANAN
63 ELIZABETH LANE
JACKSONVILLE, FL 32218

CARLA R. JOHNSON
1227 S. KOSSUTH ST.
ROCKPORT, TX 78382

CARLOS B. CALDERON
P.O. BOX 1878
BEEVILLE, TX 78104

CARRA'S PEST & TERMITE, INC.
P.O. BOX 960
ORANGE GROVE, TX 78372

CARRILLO'S WELDING
P.O. BOX 108
ROBSTOWN, TX 78380

CASEY L. RASBURY
9160 FM 666
MATHIS, TX 78368

CATERPILAR FINANCIAL SERVICES COMPANY
2120 WEST END AVENUE
NASHVILLE, TN 37203

CATERPILLAR
P.O. BOX 340001
NASHVILLE, TN 37203

CC DISPOSAL SERVICE, INC.
P.O. BOX 260430
1600 OLD BROWNSVILLE RD.
CORPUS CHRISTI, TX 78426-0430

CHANCE M. EDWARDS
8857 CR 529
SKIDMORE, TX 78389

CHARLES D. STEFKA
115 PORTIA AVE.
ROCKPORT, TX 78382

CHARLES F. MYERS
648 S. VISTA
SANDIA, TX 78383

CHARLES K. McDANIELS
3234 LAGUNA SHORES
CORPUS CHRISTI, TX 78418

CHARLES L. COVINGTON
P.O. BOX 862
TAFT, TX 78390

CHARTER BANK
10502 LEOPARD STREET
CORPUS CHRISTI, TX 78410

CHEYANNA VOGELER
3617 HARVARD ST.
LUBBOCK, TX 79415

CHRIS P. REDMAN
P.O. BOX 1279
PORT ARANSAS, TX 78373

CHRIS SWONGER
100 JONATHON
THREE RIVERS, TX 78368

CHRISTOPHER A. RAMEY
P.O. BOX 181161
CORPUS CHRISTI, TX 78480

CHRISTOPHER A. REID
22552 PARK RD. 25
MATHIS, TX 78368

CHRISTOPHER D. BRADLEY
1212 ROSS ST.
GEORGE WEST, TX 78022

CHRISTOPHER R. SHELT
118 E. LAKEVIEW TRAIL
SANDIA, TX 78383

CHRISTOPHER W. GALLIO
9 FALLING LEAF LANE
HOUSTON, TX 77024

CITY OF NACOGDOCHES
WATER DEPARTMENT
P.O. BOX 635090
NACOGDOCHES, TX 75963-5090

CIZA RIBORI
9002 WISDOM RIDGE
SAN ANTONIO, TX 78252

CLARENCE COLQUITT
P.O. BOX 136
CORRIGAN, TX 75939

CLAY R. FAULKNER
RT. 1 BOX 150
DELAWARE, OK 74027

CLINT L. PENNARTZ
615 E. 11TH ST.
BISHOP, TX 78343

CLINT M. MOON
P.O. BOX 1702
ORANGE GROVE, TX 78372

CLINTON CLARK
1237 RAY DR.
CORPUS CHRISTI, TX 78411

CODY S. WORK
P.O. BOX 932
GEORGE WEST, TX 78022

CONSTRUCTION SAFETY PRODUCTS, INC. NAC.
408 N.W. STALLINGS DR.
NACOGDOCHES, TX 75964

CORNELIO REYNA
4610 NICHOLSON
CORPUS CHRISTI, TX 78415

CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD
LITTLE FALLS CENTER
WILMINGTON, DE 19808

CORPUS CHRISTI COUNTRY CLUB
6300 EVERHART RD.
CORPUS CHRISTI, TX 78413

CRAIG B. LAWSON
P.O. BOX 295
WODEN, TX 75978

CRAIG L. BELL
CR 279, BOX 573
NACOGDOCHES, TX 75961

CRUZ D. GALVAN
609 S. MOOREFIELD RD.
MISSION, TX 78572

DALLAS E. HARRIS
P.O. BOX 136
SINTON, TX 78387

DANIEL L. LUCKY
5514 TAHOE CIRCLE
CORPUS CHRISTI, TX 78413

DANIEL L. MUNOZ
1030 25TH ST.  #28
CORPUS CHRISTI, TX 78405

DANIEL R. ROBERSON
P.O. BOX 7072
CORPUS CHRISTI, TX 78415

DANNY BEAN
P.O. BOX 2323
ORANGE GROVE, TX 78372

DANNY DE LA PAZ
1613 HUDSON
CORPUS CHRISTI, TX 78416

DARRELL R. BRUNDAGE
22825 PARK RD. 25
MATHIS, TX 78368

DARRYL W. AYERS
3011 NAGLE ST.
HOUSTON, TX 77004

DAVID A. GARZA
P.O. BOX 2416
FULTON, TX 78358

DAVID APARICIO
1090 LANG RD.
PORTLAND, TX 78374

DAVID G. GUERRA
2113 HUDSON
CORPUS CHRISTI, TX 78416

DAVID GARCIA JR
P.O. BOX 493
CHIRENO, TX 75937

DAVID J. HOFFMEISTER
P.O. BOX 91
PORT ARANSAS, TX 78373

DAVID LAMB
1206 W. TEXAS AVE., APT. 5
MIDLAND, TX 79701

DAVID MILINA
BOX 2501
PORT ARANSAS, TX 78373

DAVID V. OROPEZA
924 E. BOWIE
FALFURIAS, TX 78355

DAVID W. CAMPBELL
521 E. WELDER ST.
SINTON, TX 78387

DENNIS A. McWILLIAMS
P.O. BOX 271353
CORPUS CHRISTI, TX 78427

DENNIS G. CARROLL
P.O. BOX 1702
ORANGE GROVE, TX 78372

DERICK L. ROSA
17107 SALIDA DEL SOL
PENITA, TX 78576

DERRICK S. ARMSTRONG
3571 CR 105
AQUA DULCE, TX 78330

DEWEY O. WAIT
30507 CR KK5
SPRINGFIELD, CO 81073

DISA, INC.
DEPT. 890314
P.O. BOX 120314
DALLAS, TX 75312-0314

DIVLEND EQUIPMENT LEASING LLC
5607 SOUTH AVENUE Q DRIVE
LUBBOCK, TX 79412

DONALD R. DUFFIELD
16303 CHELSEA PLACE, APT. 1010
SELMA, TX 78154

DONALD T. GRUNDEN
24727 CR 320
MATHIS, TX 78368

DONASIANO COBIOS JR
2011 N. MAYBERRY BLVD.
ALTON, TX 78573

DOUGLAS E. STALNAKER
228 OGDEN RD.
ORANGE GROVE, TX 78372

EARNEST J. ROBERSON
3505 W. SHORT 3RD ST.
PINE BLUFF, AR 71613

EDDIE D. MORENO
3301 UP RIVER RD
CORPUS CHRISTI, TX 78408

EDUARDO S. MARTINEZ
10658 OUTPOST DR.
CORPUS CHRISTI, TX 78410

EDWARD B. PERKINS
905 N. LOOP 499  #624
HARLINGEN, TX 78550

EDWARD C. DEGNER
1227 S. KOSSUTH
ROCKPORT, TX 78382

EDWARD C. FONDREN
6301 MEADOW VISTA DR., APT. 11
CORPUS CHRISTI, TX 78414

EDWARD J. DOROTIK
165 BOAT RAMP
SANDIA, TX 78383

EL OSO WATER SUPPLY CORP.
P.O. BOX 309
KARNES CITY, TX 78118

ELIAS LASZLO
862 46TH ST. #1R
BROOKLYN, NY 11220

ELISEO HERRERA
2222 VERSAILLES DR.
CORPUS CHRISTI, TX 78418

ELISEO L. REZA
2709 BLUEGRASS
CORPUS CHRISTI, TX 78410

ELOY CISNEROS
9871 MENARD CIRCLE
SAN ANTONIO, TX 78245

EMILY ROZYPAL
4633 BETHELEM
CORPUS CHRISTI, TX 78413

ENERSPACE ENVIRONMENTAL GROUP LLC
2323 CLEAR LAKE CITY BLVD
HOUSTON, TX 77062

EPIFANIO M. TREVINO
P.O. BOX 433
MATHIS, TX 78368

ERIC GONZALES
5875 EVERHART RD.  APT. T
CORPUS CHRISTI, TX 78413

ERIC SALDIVAR
666 LOPEZ ST.
TAFT, TX 78390

ERICK L. POND
P.O. BOX 216
REKLAW, TX 75784

ERNEST A. HINOJOSA
P.O. BOX 4240
ALICE, TX 78333

ESTANISLAO E. ANDRADE
511 MACENTIRE ST.
EDINBURG, TX 78541

EXZAYVEON D. BANKS
5619 MIDDLEFIELD
SAN ANTONIO, TX 78242

FARRON D. PRUITT
P.O. BOX 512
CHANDLER, TX 75758

FEDERICO RAMIREZ
16113 MONTE REY LANE
EDINBURG, TX 78541

FELICIANO CRUZ
P.O. BOX 155
ODEM, TX 78370

FIRST COMMUNITY BANK
1600 E ,MAIN STREET
ALICE, TX 78332

FLORENTINO SOLIS
P.O. BOX 702
SHAMROCK, TX 79079

FORD CREDIT
P.O. BOX 54200
OMAHA, NE 68154

FOXCO SUPPLY FIRE & SAFETY, LTD
P.O. BOX 429
ALICE, TX 78333

FRANCISCO VILLEGAS
6218 BREWTON
CORPUS CHRISTI, TX 78415

FRANK DELAROSA
604 NTH 5TH ST.
ROBSTOWN, TX 78380

FRANK M. BARELA
5757 WOOLDRIDGE DR. #18-H
CORPUS CHRISTI, TX 78414

FRANK VELA SR.
6062 CR 99
SANDIA, TX 78383

FREDERIC S. MORRIS
4117 FONVILLA
CORPUS CHRISTI, TX 78410

FREDERICO RAMIREZ
16113 MONTE REY LANE
EDINBURG, TX 78541

FROST BANK
4101 US HWY 77
CORPUS CHRISTI, TX 78412

GAMBLER SPECIALTIES
P.O. BOX 1030
PORTLAND, TX 78374

GARY A. CLARK
P.O. BOX 322
ROCKPORT, TX 78381

GARY A. WEEKS
279 VISTA DR.
SANDIA, TX 78383

GARY W. MARTINEZ
1634 BLANCO RD.
CORPUS CHRISTI, TX 78409

GBR FUNDING
665 MOLLY LANE SUITE 130
WOODSTOCK, GA 30189

GCC CONSULTING
9 FALLING LEAF
HOUSTON, TX 77024

GCR TRUCK TIRE CENTER
P.O. BOX 910530
DENVER, CO 80291-0530

GEOFFREY S. CONNOR
P.O. BOX 27195
AUSTIN, TX 78755

GEORGE A. RANKIN
5123 TEALL FALLS
SAN ANTONIO, TX 78251-4949

GEORGE T. DELAMATYR III
2342 ZUZA WAY
CORPUS CHRISTI, TX 78418

GERALD MORRIS III
8406 MAGNA
HOUSTON, TX 77093

GIANCARLO V. CITRO
P.O. BOX 404
MATHIS, TX 78368

GILBERT A. ADKINS
806 E. 13TH ST., #103
GEORGETOWN, TX 78626

GILBERT G. GARCIA
708 S. LIVE OAK ST.
MATHIS, TX 78368

GLENN H. HASKINS
128 MANLEY LANE
LUFKIN, TX 75904

GORDON L. HOLLEN
131 COVE RD.
MATHIS, TX 78368

GREGORY A. BIXENMANN
85 RIO GRANDE
CUERO, TX 77954

GRISSOM & THOMPSON, LLP
917 CORN PRODUCTS RD.
CORPUS CHRISTI, TX 78409

GSI
P.O. BOX 3201
ALICE, TX 78333

GTEK COMPUTERS & WIRELESS, LLC
114 LANG RD., STE. B
PORTLAND, TX 78374

GUIDA, SLAVICH & FLORES
816 CONGRESS AVE.
SUITE 1500
AUSTIN, TX 78701

GUSTAVO MEZA
5521 DALLAS CIRCLE
MISSION, TX 78574

HARRIS C. WILKINS
221 KNIGHTS RD.
DIBOLL, TX 75941

HARRIS FABRICATION, LLC
525 N. STATE HWY. 359
MATHIS, TX 78368

HEATH L. BAKER
100 TOOTH FAIRY LANE
HEBER SPRINGS, AR 72543

HECTOR FLORES
617 FLORES DR
MATHIS, TX 78368

HECTOR J. RODRIGUEZ JR
17328 SALIDA DEL SOL
PENITAS, TX 78576

HECTOR MEDELEZ JR
P.O. BOX 1006
LA GRULLA, TX 78548

HOLT CATERPILLAR
P.O. BOX 911975
DALLAS, TX 75391-1975

HOMER SEGOVIA JR
3530 CR 57
ROBSTOWN, TX 78380

IGNACIO CRUZ JR
P.O. BOX 29
LAGRULLA, TX 78548

INLAND ENVIRONMENTAL & REMEDIATION
P.O. BOX 1090
COLUMBUS, TX 78934

INSURANCE INFORMATION EXCHANGE
GENERAL POST OFFICE
P.O. BOX 27828
NEW YORK, NY 10087-7828

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114

ISABEL C. VARGAS
1725 GALLOP TRAIL
CORPUS CHRISTI, TX 78410

ISMAEL M. TREVINO
25014 PVT 454
MATHIS, TX 78368

ISTVAN S. TANAI
5857 BLAISDELL AVE.
MINNEAPOLIS, MN 55419

J&B PAVELKA, INC.
4410 CR 36 WEST
ROBSTOWN, TX 78380

JACK R. WARE
309 PALOMA
CORPUS CHRISTI, TX 78412

JACOB D. WILKINS
1238 VERNON
CORPUS CHRISTI, TX 78407

JAKOB O. NEUBAUM
291 FALLEN OAK DR.
HARPER, TX 78631

JAMES A. PRICE JR.
160 BLACKWELL DR.
BLACKWELL, MO 63626

JAMES F. MCDONALD
221 CR 3523
ORANGE GROVE, TX 78372

JAMES H. LANEY
901 HALMARK PLACE
CORPUS CHRISTI, TX 78408

JAMES L. UPCHURCH
434 N. BROADWAY, LOT 98
JOSHUA, TX 76058

JAMES M. DUPLECHAIN
P.O. BOX 221
ALTO, TX 75925

JAMES R. DUFFIELD
563 CR 522
NACOGDOCHES, TX 75964

JAMIE M. WILLIS
10420 HWY. 359, #6
ORANGE GROVE, TX 78372

JASON GONZALEZ
3101 HUISACHE
CORPUS CHRISTI, TX 78408

JASON H. CULWELL
P.O. BOX 1702
ORANGE GROVE, TX 78372

JASON L. STEADHAM
2217 TERRY ST.
NACOGDOCHES, TX 75964

JEFFERSON A. BLOOMFIELD
6302 VINCENT DR.
CORPUS CHRISTI, TX 78412

JEFFERSON D. RHODES JR.
901 CR 659
NACOGDOCHES, TX 75964

JEFFERY P. WEBER
315 FM 534
SANDIA, TX 78383

JERRY D. POE
P.O. BOX 2305
ORANGE GROVE, TX 78372

JERRY E. SULLINGER
105 CR 181
SANDIA, TX 78383

JERRY R. IREY
1032 CAMP BAKER TRACE
LEESVILLE, LA 71446

JERRY W. PARRISH
P.O. BOX 593
ORANGE GROVE, TX 78372

JESSE WILKINS
143 KNIGHT RD
DIBOLL, TX 75941

JESUS A. CAVAZOS
13799 HOLLY COUNTY RD.
LYFORD, TX 78569

JESUS A. HERNANDEZ
4312 ROYAL PALM ST.
MISSION, TX 78572

JESUS M. FLORES
607 N. ENCINAL
MATHIS, TX 78368

JIM ELZNER HOLDINGS, LLC
11767 KATY FRWY., STE. 510A
HOUSTON, TX 77079-1768

JIM WELLS COUNTY APPRAISAL DRISTRICT
P.O. BOX 607
ALICE, TX 78333

JIMMY D. WILLIAMS
769 WINDRIDGE LANE
BURLESON, TX 76028

JMS MUD SERVICES
8320 WEST PALMA VISTA DR.
MISSION, TX 78572

JOE A. VALENCIA
734 W. WILDWOOD
CORPUS CHRISTI, TX 78410

JOENIE J. GUERRA
7505 GRENADE COURT
CORPUS CHRISTI, TX 78414

JOHN A. GAONA
9320 SPID, APT. 2402
CORPUS CHRISTI, TX 78418

JOHN E. KOCUREK
P.O. BOX 522
SINTON, TX 78387

JOHN E. SCHEURICH
4522 SOUTHWOOD DR.
CORPUS CHRISTI, TX 78415

JOHN F. KOLB
P.O. BOX 630384
NACOGDOCHES, TX 75963

Best Case Bankruptcy

JOHN J. MAHILL
106 LAKEPARK CIRCLE
MATHIS, TX 78368

JOHN J. RODRIGUEZ
234 PUEBLO
CORPUS CHRISTI, TX 78405

JOHN P. LYNCH
P.O. BOX 225
SKIDMORE, TX 78389

JOHN P. ROZYPAL
110 CAPROCK CIRCLE
BOERNE, TX 78006

JOHN R. DAUGHERTY
2000 FM 534
SANDIA, TX 78383

JOHNNY J. LOYA
1007 N. MORRIS
BEEVILLE, TX 78102

JON L. GREEN
2718 JUPE
SAN ANTONIO, TX 78222

JORGE C. GUTIERREZ
225 BLANCHE ST.
BROWNSVILLE, TX 78521

JOSE E. GARCIA
4736 TAMMY LYNN
BEEVILLE, TX 78102

JOSEPH H. WRIGHT
542 DOUBLE A LAKES
LIVINGSTON, TX 77351

JOSHUA D. EVANS
9721 CR 301
MATHIS, TX 78368

JOSHUA D. LUKE
4290 CR 4343
ARANSAS PASS, TX 78336

JOSHUA L. THORNBURGH
5133 HWY 21 WEST
SAN AUGUSTINE, TX 75972

JOSHUA M. LARKOWSKI
214 OGDEN RD.
ORANGE GROVE, TX 78372

JOSIAH A. RYALS
111 HUAJAILLA BEND LOOP
SANDIA, TX 78383

JUAN C. CANTU
3212 KINGSBOROUGH
MC ALLEN, TX 78504

JUAN D. FLORES
P.O. BOX 480
GREGORY, TX 78359

JUAN DE LA ROSA JR
P.O. BOX 4203
EDCOUCH, TX 78538

JUAN G. ESCALANTE
402 FM 1540
SANDIA, TX 78383

JUAN G. GARCIA
725 W. ALICE
KINGSVILLE, TX 78413

JUAN GARCIA
BOX 1113
ORANGE GROVE, TX 78372

JUAN VILLARREAL JR.
125 PVT 4004
BEEVILLE, TX 78102

JUSTIN A. ROBINSON
1825 AIRLINE RD
CORPUS CHRISTI, TX 78412

JUSTIN L. DOSS
P.O. BOX 143
SANDIA, TX 78383

JUSTIN S. McMANUS
219 E. HILTON ST.
KERSHAW, SC 29067

K. KILLEBREW
1423 MOSES ST.
KNOXVILLE, TN 37921

KALI AVIATION, LLC
1300 AIRPORT RD.
ALICE, TX 78332

KEITH R. PREUSSE
10308 SCHMIDT LANE
MANOR, TX 78653

KELLY M. MOLINA
4494 FM666
ROBSTOWN, TX 78380

KELVIN M. TOOTLE
3535 COTTONWOOD DR.
CORPUS CHRISTI, TX 78411

KENNETH L. SCOTT JR.
P.O. BOX 358
PINELAND, TX 75968

KENNETH W. BLEVINS
150 BADING LANE
NEW BRAUNFELS, TX 78130

KENNETH W. NEUBAUM
2157 MCMULLEN LANE
ARANSAS PASS, TX 78336

KEVIN JOHNSON
P.O. BOX 155807
LUFKIN, TX 75915

KING TEAM FABRICATION
932 CR 224
FLORESVILLE, TX 78114-5123

LAGUNA TANKS, LLC
9 FALLING LEAF LANE
HOUSTON, TX 77024

LASZLO ELIAS
862 46TH ST. #1R
BROOKLYN, NY 11220

LAWN ORDER
278 TWIN CANYON DR.
BOERNE, TX 78006

LEE BLAKE ENERGY
4156 CR 3767
PORTLAND, TX 78374

LEEANN EOFF
P.O. BOX 1542
ORANGE GROVE, TX 78372

LEO AUGIRRE JR.
122 BROKEN ARROW
SANDIA, TX 78383

LEONEL CAVAZOS
609 N. NUECES
MATHIS, TX 78368

LEROY BUENO
5301 GATE RIDGE
CORPUS CHRISTI, TX 78413

LINCOLN AUTOMOTIVE FINANCIAL
U.S. HIGHWAY 77
CORPUS CHRISTI, TX 78410

LINWOOD S. ALEXANDER Jr.
5901 WEBER RD.  APT. 4407
CORPUS CHRISTI, TX 78413

LLOYD C. RODRIGUEZ JR.
4810 CALALLEN DR.
CORPUS CHRISTI, TX 78410

LLOYD G. RODRIGUEZ
4810 CALALLEN DR.
CORPUS CHRISTI, TX 78410

LORENZA J. SPINKS
P.O. BOX 142
HOBSON, TX 78117

LORENZO BUENO
1116 CRAIG
CORPUS CHRISTI, TX 78404

LOU W. URANGA
2930 SANTA FE #2
CORPUS CHRISTI, TX 78404

LYNDON B. JOHNSON
416 W. JOHNSTON
KINGSVILLE, TX 78363

MANUEL FLORES JR.
2156 CHERRY BLOSSOM
SHERTZ, TX 78154

MANUEL S. SOLIZ
P O BOX 1174
BEEVILLE, TX 78104

MANUEL SALINAS JR.
2365 MUNICH ST.
BROWNSVILLE, TX 78520

MARCOS A. CRESPO
2334 CASA BONITA DR.
CORPUS CHRISTI, TX 78411

MARCUS J. DONHAM
4101 ROBINHOOD DR.
CORPUS CHRISTI, TX 78411

MARIO A. HERRERA
421 MISTFLOWER DR.
CONVERSE, TX 78109

MARIO L. VEGA
230 NORTON ST.
CORPUS CHRISTI, TX 78415

MARK T. McCULLOUGH
203 GULF ST.
PORT ARANSAS, TX 78373

MARTIN M. GARCIA
23170 CR 1038
MATHIS, TX 78368

MARVIN J. ZINSMEYER JR.
PK. RD. 25 SUNRISE BEACH
MATHIS, TX 78368

MARY C. LOZANO-TAX ASSESSOR-COLLECTOR
509 WEST 12TH ST.
AUSTIN, TX 78701

MARY S. SCHMIDT
17125 FM 3089
SINTON, TX 78387

MELVIN C. COMPTON
4518 MORAVIAN
CORPUS CHRISTI, TX 78415

MELVIN C. DAVIS
2301 FM 3036 #D
ROCKPORT, TX 78382

MGG CONSULTING & SERVICES, LLC
9 FALLING LEAF LANE
HOUSTON, TX 77024

MICHAEL A. MARTINEZ
113 N. PIRATE BLVD.
SINTON, TX 78387

MICHAEL ACUNA
5305 SEGUIN DR.
CORPUS CHRISTI, TX 78416

MICHAEL E. PENA
928 W. AVE. F
KINGSVILLE, TX 78363

MICHAEL K. BOHN JR.
131 BREEZY
ROCKPORT, TX 78382

MICHAEL L. GARZA
1842 TALISMAN
CORPUS CHRISTI, TX 78416

MICHAEL L. JOHNSON
252 SANDY RIDGE RD.
NACOGDOCHES, TX 75964

MICHAEL L. MURRAY
1315 W. GROVE
LUFKIN, TX 75904

MICHAEL R. DAVIS
2826 SONORA
CORPUS CHRISTI, TX 78405

MICHAEL W. COLWELL
8907 GREEN TEE
SELMA, TX 78154

MILTON ROBERSON
3701 WILSON DR.
CORPUS CHRISTI, TX 78408

MIQUEL GONZALES JR.
2933 WESTGARD
CORPUS CHRISTI, TX 78415

MOBILEASE
PO BOX 925628
HOUSTON, TX 77292-5628

MOTION INDUSTRIES
222 S. STAPLES
CORPUS CHRISTI, TX 78401

MP OILFIELD SERVICES
532 W. BLUCHER ST.
FALFURIAS, TX 78355

MY VAC, LLC
P.O. BOX 729
JENNINGS, LA 70546

NAS SAL
408 N. CLAY ST.
PREMONT, TX 78375

NICHOLAS A. GARCIA
1818 SACRAMENTO
SAN ANTONIO, TX 78201

NICHOLAS D. THORNTON
P.O. BOX 1702
ORANGE GROVE, TX 78372

NICHOLAS RODRIGUEZ JR.
11121 BIREWOOD LANE
CORPUS CHRISTI, TX 78410

NICHOLAS W. CROCHET
536 CR 803
NACOGDOCHES, TX 75964

NICOLAS T. CANTU
809 CAMBELL ST.
MATHIS, TX 78368

NOE G. GONZALEZ
2310 N. LINCOLN AVE.
SAN JUAN, TX 78589

NOEL GUTIERREZ
P.O. BOX 2515
ELSA, TX 78543

NORTH AMERICAN ENVIRONMENTAL SERVICES, INC.
P.O. BOX 26521
AUSTIN, TX 78755-0410

NORTHSHORE COUNTRY CLUB
801 E. BROADWAY AVE.
PORTLAND, TX 78374

NOVA HEALTHCARE, PA
110 CYPRESS STATION, STE. 152
HOUSTON, TX 77090

NUECES POWER EQUIPMENT
P.O. BOX 4789
CORPUS CHRISTI, TX 78469-4789

OCEAN AIR CENTER, LLC
514 HANGER LANE
CORPUS CHRISTI, TX 78406

OIL PATCH PETROLEUM, INC.
1526 N. PADRE ISLAND DR.
CORPUS CHRISTI, TX 78408

OIL PATCH RENTAL SERVICES, INC.
991 INDUSTRIAL PARK DR.
VICTORIA, TX 77905

ORANGE GROVE MOTEL
P.O. BOX 71389
CORPUS CHRISTI, TX 78467

OWEN RICHARDSON JR
637 VILLA DR.
CORPUS CHRISTI, TX 78408

PAISANO TRUCKING & CONSTRUCTION, INC.
2689 FM 2191
FALFURRIAS, TX 78355

PAUL A. JIMENEZ
1116 W. HARLAN
SAN ANTONIO, TX 78211

PAUL B. BOLAND
140 CR 369, LOT D
SANDIA, TX 78383

PAUL M. STRONG
302 STEPHEN LOOP
MATHIS, TX 78368

PEDRO OZUNA III
P.O. BOX 992
ALAMO, TX 78516

PHILLIP J. BARBOZA
9721 CR 301
MATHIS, TX 78368

PORFIRIO AGUILAR
111 HUAJILLO BEND RD.
SANDIA, TX 78383

PREMIER TANK TRUCK SERVICE
2441 BARTLETT ST.
HOUSTON, TX 77098

PRESSURE TESTING SERVICES, LLC
P.O. BOX 1142
WHITE OAK, TX 75693-6142

PRESTON R. FLINT
430 CR 801
NACOGDOCHES, TX 75964

PRO FIELD SERVICES, INC.
P.O. BOX 525
HALLETSVILLE, TX 77964

R&B ANSWERING SERVICE
P.O. BOX 781322
SAN ANTONIO, TX 78278-1322

RAFAEL R. HINOJOSA
1318 CHRISTY
KINGSVILLE, TX 78363

RAILROAD COMMISSION OF TEXAS
1701 N. CONGRESS
AUSTIN, TX 78701

RANDY L. DEGNER
53 TERN ST.
ROCKPORT, TX 78382

RAY C. BRENT
P.O. BOX 8269
HUNTSVILLE, TX 77340

RAYMOND GUERRA
1025 E. KLEBERG
KINGSVILLE, TX 78363

RAYMOND P. HOLLAND
P.O. BOX 1453
PORT ARANSAS, TX 78373

REGAN PETERMAN
1435 MIDDLETOWN RD.
GLEN MILLS, PA 19342

REGINALD DAVIS
4721 N. UNIVERSITY DR., #1404
NACOGDOCHES, TX 75965

REGINALD W. COE
533 MARILYN DR
SCHERTZ, TX 78154

REGIONAL STEEL PRODUCTS, INC.
P.O. BOX 3887
VICTORIA, TX 77903

REICHER A. BARHORST
4901 SARATOGA BLVD. APT. 218
CORPUS CHRISTI, TX 78413

REID I. JONES
1014 TENTH ST.
PORT ARANSAS, TX 78373

RENE A. PENA
P.O. BOX 4004
ALICE, TX 78333

RENE ESTRADA
5629 ARBOLEDA LANE
CORPUS CHRISTI, TX 78417

REYNALDO P. SALINAS
24294 CR 738
MATHIS, TX 78368

REYNALDO ZAMORA
616 PALOS VERDES ST.
WESLACO, TX 78596

RICARDO R. SANCHEZ JR.
P.O. BOX 1023
ORANGE GROVE, TX 78372

RICHARD GARCIA SR
417 FM 2615
VICTORIA, TX 77905

RICHARD HARRISON
4156 CR 3767
PORTLAND, TX 78374

RICHARD N. PETTY
5101 SIESTA LOOP
ROBSTOWN, TX 78380

ROBERT D. WALKER
6162 MISTY MEADOWS
CORPUS CHRISTI, TX 78414

ROBERT E. SHELL
9353 CR 509
MATHIS, TX 78368

ROBERT J. FLORES
960 CR 239
ORANGE GROVE, TX 78372

ROBERT J. MARTIN
200 C N. COMMONS WAY DR.
PORTLAND, TX 78374

ROBERT MENDOZA
2617 ALVIN DR.
CORPUS CHRISTI, TX 78415

ROBERT RAMIREZ
6614 PLAYER ST.
CORPUS CHRISTI, TX 78413

ROBERT S. MARINKOVICH
3926 ANNE MASSE DR.
CORPUS CHRISTI, TX 78414

ROBERT W. BAKER
RT 3 BOX 46
SAN AUGUSTINE, TX 75972

ROBERT W. LANINGHAM
P.O. BOX 2211
ORANGE GROVE, TX 78372

ROBERTO ALEMAN
204 S. ATASCOSA
MATHIS, TX 78368

ROBERTO E. DE LEON
11930 BLUERIDGE MOUNTAIN
CORPUS CHRISTI, TX 78410

ROBERTO E. DE LEON
1905 S. SEVENTH
KINGSVILLE, TX 78363

RODNEY E. DOLPHUS
1363 CR 823
NACOGDOCHES, TX 75964

RODOLFO MORENO
4649 HERRERA
ROBSTOWN, TX 78380

ROGELIO G. GARZA
3608 MULBERRY
CORPUS CHRISTI, TX 78411

ROGELIO RODRIGUEZ
130 MOHAWK DR.
SANDIA, TX 78383

ROLANDO GONZALEZ
4739 CINDIE LN., UNIT 2
ROBSTOWN, TX 78380

ROMALDO BANDA
1412 MOORE AVE., APT. A
PORTLAND, TX 78374

RONALD G. WELLS II
3543 SPRINGWOOD ST., APT. 3543
PONCA CITY, OK 74604

RONALD J. GIERMAN
759 ROBINSON TRACT
LIVINGSTON, TX 77351

RONALD L. GARZA
1713 ARLINGTON
CORPUS CHRISTI, TX 78415

RONNIE ROCHA
4318 MISTLETOE DR.
CORPUS CHRISTI, TX 78411

RSC EQUIPMENT RENTAL
501 S. PADRE ISLAND DR.
CORPUS CHRISTI, TX 78405

RUBEN H. RODRIGUEZ
P.O. BOX 875
MATHIS, TX 78368

RYAN O. ORTIZ
461 CR 364
SANDIA, TX 78383

RYAN P. ROZYPAL
4633 BETHLEHEM
CORPUS CHRISTI, TX 78413

SALOMON CAMPOS
16315 EUBANKS RD.
EDINBURG, TX 78541

SALOMON CAMPOS JR
16770 PRIMERA RD.
HARLINGEN, TX 78552

SAMMY C. RODRIGUEZ
4810 CALALLEN DR.
CORPUS CHRISTI, TX 78410

SAN PATRICIO ELECTRIC COOP, INC.
P.O. DRAWER 400
SINTON, TX 78387-0400

SANTIAGO M. GUTIERREZ
5906 SOLOMON
CORPUS CHRISTI, TX 78415

SARAH W. EOFF
P.O. BOX 1542
ORANGE GROVE, TX 78372

SCOTT A. DAVIS
16047 HWY. 259 S.
MT. ENTERPRISE, TX 75681

SCOTT I. WAGGONER
4687 SCENIC COURT
PENNSICOLA, FL 32504

SHERRIE L. WHITE
P.O. BOX 712
KENNEDY, TX 78119

SILVERIO OZUNA
7414 N. JASMAN RD.
EDINBURG, TX 78542

SIMONGO D. MONTGOMERY
6725 CANYON CREEK DR
CORPUS CHRISTI, TX 78413

SKID-O-KAN/PORT-O-CAN
P.O. BOX 1126
CORPUS CHRISTI, TX 78403

SOB TRANSPORTATION
6690 HWY. 71
GARWOOD, TX 77442

SPEEDY OILFIELD SERVICE
P.O. BOX 2208
ALICE, TX 78333

SPS STRATEGY AND M&A ADVISORY
C/O STEVEN ENGLEHARDT
2100 WEST LOOKP SOUTH, SUITE 1125
HOUSTON, TX 77027

STEVE E. KING
932 CR 224
FLORESVILLE, TX 78114

STEVE KENT TRUCKING, INC.
P.O. BOX 148
LOTTIE, LA 70756

STEVE M. LANDRY
5118 AVENUE C
CORPUS CHRISTI, TX 78410

STEVE W. MORRIS
HCR 2, BOX 4971
SANDIA, TX 78383

STEVEN P. HASKINS
1016 FM 326
LUFKIN, TX 75901

STEVEN R. GREEN
1609 W MANOR DR
CORPUS CHRISTI, TX 78412

STEVEN R. MULLIGAN
11648 FM 888
MATHIS, TX 78368

STEVEN RIVERA
3601 WATERLOO DR.
CORPUS CHRISTI, TX 78415

STROUHAL TIRE RECAPPING PLANT, INC.
P.O. BOX 4890
HOUSTON, TX 77210-4890

SUPREME VACUUM SERVICES
P.O. BOX 189
KARNES CITY, TX 78118

TAD A. WADLEY
24727 CR 320
MATHIS, TX 78368

TALISMAN ENERGY USA INC.
2445 TECHNOLOGY FOREST BLVD, SUITE 1200
THE WOODLANDS, TX 77381

TEDDY B. LOPEZ
1902 78TH
LUBBOCK, TX 79423

TERRY S. CLEMENTS
3319 BALI DR.
CORPUS CHRISTI, TX 78418

TERVITA, LLC
P.O. BOX 840730
DALLAS, TX 75284-0730

TESSMAN ROAD LANDFILL/BFI
P.O. BOX 841816
DALLAS, TX 75284-1816

TEXAS ATTORNEY GENERAL
PO BOX 12048
AUSTIN, TX 78711

TEXAS DEPARTMENT OF MOTOR VEHICLES
PO BOX 12984
AUSTIN, TX 78711

TEXAS DEPARTMENT OF TRANSPORTATION
125 E 11TH ST
AUSTIN, TX 78701

TEXAS STATE COMPROLLER
REVENUE ACCOUNTING DIVISION - BANKRUPTCY
PO BOX 13528
AUSTIN, TX 78711

TEXAS TOLLWAY
PO BOX 650749
DALLAS, TX 75265

TEXAS WORKFORCE COMMISSION
TEC BUILDING - BANKRUPTCY
P101 EAST 15TH STREET
AUSTIN, TX 78778

THOMAS AVALOS
4000 S. BRAHMA  #A7
KINGSVILLE, TX 78363

THOMAS M. TOWN
P.O. BOX 20
ODEM, TX 78370

THOMAS R. SMITH
P.O. BOX 429
SKIDMORE, TX 78389

THOMAS V. LEROUX
P.O. BOX 2284
ORANGE GROVE, TX 78372

TIMOTHY L. HENSON
106 CHESTNUT LANE
LIVINGSTON, MT 79047

TIMOTHY L. HOGG
5757 WOOLDRIDGE RD. #57D
CORPUS CHRISTI, TX 78414

TIRA F. SCHMIDT
P.O. BOX 2502
ORANGE GROVE, TX 78372

TRACY D. CALLIS
381 CARMEL DR.
SANDIA, TX 78383

TRINITY ENVIRONMENTAL SERVICES, L.P.
13453 HWY. 71 W
BEE CAVE, TX 78738

TROY N. CRITES
1615 CR 360
SANDIA, TX 78383

TRUCKERS EQUIPMENT, INC.
P.O. BOX 4727
CORPUS CHRISTI, TX 78469

TYSON S. SERRANO
308 NE 7TH ST.
LAMESA, TX 79331

UNIFIRST
P.O. DRAWER 2867
CORPUS CHRISTI, TX 78403

UNIFIRST
P.O. BOX 7393
LONGVIEW, TX 75607

UNIFIRST HOLDINGS, L.P.
515 E. BEECH AVE.
MC ALLEN, TX 78501

UNITED RENTALS(NORTH AMERICA), INC.
P.O. BOX 840514
DALLAS, TX 75284-0514

UNITED STATES ATTORNEY
816 CONGRESS AVENUE, SUITE 1000
AUSTIN, TX 78701

USSIEL O. ROSE
2209 LAS PALMAS DR.
KINGSVILLE, TX 78343

VALERO
VALERO MARKETING AND SUPPLY CO
P.O. BOX 300
AMARILLO, TX 79105-0300

VALUE BANK
7110 S STAPLES STREET
CORPUS CHRISTI, TX 78413

VENTURA RIOS
P.O. BOX 476
RIO HONDO, TX 78583

VERGAL HAUN
8295 FM 796
SKIDMORE, TX 78389

VERGO PATIO GARDENS
PO BOX 1322
ORANGE, TX 77630

VICTOR I. MEJIAS
5420 ATWOOD LANE
ZAPATA, TX 78076

VIRGIL L. WHEELER
1704 POWERS ST.
NACOGDOCHES, TX 75964

WALMART
P.O. BOX 530927
ATLANTA, GA 30353-0927

WALTER L. BROWN III
P.O. BOX 1361
ORANGE GROVE, TX 78372

WARREN R. DORANSKI
15217 LEEWARD  B2
CORPUS CHRISTI, TX 78418

WASTE FACILITIES, INC.
205 S ALMA DR.
ALLEN, TX 75013

WEEKS ENVIRONMENTAL, LLC
P.O. BOX 1169
PREMONT, TX 78375

WEST TEXAS RADIO GROUP
P.O. BOX 9400
MIDLAND, TX 79708

WILIAM C. HERRO
945 CARMEL DR.
SANDIA, TX 78383

WILLIAM C. DIGGS
2717 GUADALUPE ST.
CORPUS CHRISTI, TX 78405

WILLIAM C. DIGGS
4429 CHRISTIE
CORPUS CHRISTI, TX 78415

WILLIAM D. RACKLEY
456 KAHEKA RD.
MTN. VIEW, AR 72560

WILLIAM J. VOSS
P.O. BOX 1195
PORTLAND, TX 78374

WOODY'S TRUCK CENTER
P.O. BOX 4751
CORPUS CHRISTI, TX 78469

XENCO LABORATORIES
10650 CULEBRA RD.
SUITE 104-154
SAN ANTONIO, TX 78251-4949

Z. JAY'S VACUUM TRUCK SERVICES, INC.
3980 LAKE CASSIE RD.
SOPERTON, GA 30457

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com