IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| OSAGE ENVIRONMENTAL, INC. | § | CASE NO. 13-20452 |
| Debtor. | § | |
| | § | (Chapter 11) |

## NOTICE OF HEARING ON FIRST DAY MATTERS

PLEASE TAKE NOTICE that a hearing has been set on the **23rd day of September 2013**, beginning at **10:30 a.m**. on the following matters:

    Debtor's Motion to Limit Notice and Establish Notice Procedures [Dckt. No. 2]

    Notice of Designation of Complex Chapter 11 Bankruptcy Case [Dckt. No. 3]

    Debtor's Emergency Motion for Order (1) Authorizing Continued Use of Existing Business Forms and Records; and (2) Authorizing Maintenance of Existing Corporate Bank Accounts [Dckt. No 4]

    Debtor's Emergency Motion for Interim and Final Orders Pursuant to §§ 105(a) and 366 of the Bankruptcy Code: (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Prepetition Amounts Due; and (II) Deeming Utilities Adequately Assured of Future Payment; and (III) Establishing Procedures for Determining Requests for Adequate Assurance [Dckt. No. 5]

    Debtor's Emergency Motion for Order Authorizing the Payment of Pre-Petition Employee Wages and Related Obligations [Dckt. No. 6]

    Debtor's Emergency Motion to Provide Payment to Certain Providers and Authorizing Setoff with Respect to Certain Providers [Dckt. No. 7]

    Debtor's Emergency Motion for Interim and Final Approval of Post-Petition Purchase and Sale Agreement [Dckt. No. 8]

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Granting Debtor's Request for Emergency Consideration of Certain "First Day" Matters [Dckt. No. 11], the hearing will be held before the Honorable Richard S. Schmidt, 1133 N Shoreline Blvd., Corpus Christi, Texas 78401.

PLEASE TAKE FURTHER NOTICE that any party desiring to participate via telephonically may do so via Court Call (www.courtcall.com).

Dated:  September 20, 2013

        Respectfully submitted,

        JACKSON WALKER L.L.P.

        By: /s/ *Jennifer F. Wertz*
            Patricia Baron Tomasco
            State Bar No. 01797600
            Jackson Walker LLP
            100 Congress Avenue, Suite 1100
            Austin, Texas 78701
            (512) 236-2076 – Direct Telephone
            (512) 691-4438 – Direct Facsimile
            Email: ptomasco@jw.com

            Jennifer F. Wertz
            State Bar No. 24072822
            (512) 236-2347 – Direct Telephone
            (512) 391-2147 – Direct Facsimile
            Email: jwertz@jw.com

            Matthew D. Cavenaugh
            State Bar No. 24062656
            Jackson Walker L.L.P.
            1401 McKinney Street, Suite 1900
            Houston, Texas 77010
            (713) 752-4284 – Direct Telephone
            (713) 308-4184 – Direct Facsimile
            Email: mcavenaugh@jw.com

            J. Scott Rose
            State Bar No. 17252800
            Jackson Walker L.L.P.
            112 E. Pecan Street, Suite 2400
            San Antonio, Texas 78205
            (210) 978-7760 – Direct Telephone
            (210) 242-4645 – Direct Facsimile
            Email:  srose@jw.com

        **PROPOSED COUNSEL FOR THE DEBTOR-IN-POSSESSION**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of September 2013, a true and correct copy of the foregoing has been sent via the Court's CM/ECF electronic delivery system on the party listed below, and via facsimile, US First Class Mail, postage prepaid, and/or e-mail notification on the parties listed on the attached service list.

    Office of The United States Trustee
    606 N. Carancahua Street, Suite 1107
    Corpus Christi, TX 78401

                                                      /s/ *Jennifer F. Wertz*
                                                    Jennifer F. Wertz

| | | |
|---|---|---|
| Waste Facilities, Inc.<br>205 S Alma Drive<br>Allen, Texas 75013 | King Team Fabrication<br>932 CR 224<br>Floresville, Texas 78114-5123 | SOB Transportation<br>6690 Highway 71<br>Garwood, Texas 77442 |
| ACME Truck Line, Inc.<br>PO Box 415000<br>Nashville, TN 37241-5000 | Laguna Tanks, LLC<br>9 Falling Leaf Lane<br>Houston, Texas 77024 | Tessman Road Landfill/BFI<br>PO Box 841816<br>Dallas, Texas 75284-1816 |
| Northamerican Environmental Services, Inc.<br>PO Box 26521<br>Austin, Texas 78755-0410 | Holt Cat<br>PO Box 911975<br>Dallas, Texas 75391-1975 | MP Oilfield Services<br>532 W Blucher Street<br>Falfurias, Texas 78355 |
| Lee Blake Energy<br>4156 CR 3767<br>Portland, Texas 78374-3767 | Trinity Environmental Services, LP<br>13453 Hwy 71 W<br>Bee Cave, Texas 78738 | Tervita, LLC<br>PO Box 840730<br>Dallas, Texas 75284-0730 |
| GCC Consulting<br>9 Falling Leaf Lane<br>Houston, Texas 77024 | MGG Consulting & Services LLC<br>9 Falling Leaf Lane<br>Houston, Texas 77024 | Z.Jay's Vacuum Truck Services, Inc.<br>3980 Lake Cassie Rd.<br>Soperton, GA 30457 |
| Arturo M. Garza<br>PO Box 356<br>Combes, Texas 78535 | JMS Mud Services<br>8320 West Palma Vista Drive<br>Mission, Texas 78572 | Jim Elzner<br>Jim Elzner Holdings, LLC<br>Houston, Texas 77079-1768 |
| Inland Environmental & Remediation<br>PO Box 1090<br>Columbus, Texas 78934 | Regional Steel Products, Inc.<br>PO Box 3887<br>Victoria, Texas 77903-3887 | H. Miles Cohn<br>Crain, Caton & James<br>Five Houston Center<br>1401 McKinney St., Suite 1700<br>Houston, TX 77010 |
| Charter Bank<br>10502 Leopard Street<br>Corpus Christi, Texas 78410-0502 | GBR Funding<br>665 Molly Lane, Suite 130<br>Woodstock, GA 30189 | Catepillar<br>PO Box 340001<br>Nashville, TN 37203-0001 |
| First Community Bank<br>1600 E Main Street<br>Alice, Texas 78332 | Frost Bank<br>4101 Highway 77<br>Corpus Christi, Texas 78412 | Value Bank<br>7110 S Staples Street<br>Corpus Christi, Texas 78413 |
| Lincoln Automotive Financial<br>US Highway 77<br>Corpus Christi, Texas 78410 | Ford Credit<br>PO Box 54200<br>Omaha, NE 68154-4200 | Bank of America<br>5370 S Staples Street<br>Corpus Christi, Texas 78411 |

| | | |
|---|---|---|
| Diversified Lenders, Inc.<br>5607 South Avenue Q Drive<br>Lubbock, Texas 79412 | Ryder Transportation Services<br>11690 NW 105th Street<br>Miami, FL 33178 | James E. Wilkins<br>Willis & Wilkins, LLP<br>100 W Houston Street, Suite 1275<br>San Antonio, Texas 78205 |

9595433v.1 143403/00001