**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 10, 2022
Nathan Ochsner, Clerk

In Re: Osage Environmental, Inc.

**Debtor(s)**

Case No.: 13–20452

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. William C Romo is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/10/22

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE